**Electronically Filed
Supreme Court
SCWC-17-0000143
19-DEC-2018
03:21 PM**

SCWC-17-0000143

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

LARINA M.K. BENITEZ, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000143; CASE NO. 1DTC-16-070804)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Order Rejecting Application for Writ of Certiorari filed December 14, 2018, is corrected as follows:

In the caption, "CR. NO. 1DCT-16-070804" is changed to "CASE NO. 1DTC-16-070804".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, December 19, 2018.

/s/ Richard W. Pollack

Associate Justice

